# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

140381 & (19)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

GARY MITCHELL BRAYBOY,
  Defendant-Appellant.

SC: 140381
COA: 293550
Wayne CC: 93-002544

_____/

On order of the Court, the application for leave to appeal the December 3, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to hold appeal in abeyance is DENIED.

KELLY, C.J., not participating because she served on the Court of Appeals panel that affirmed the defendant's convictions on direct appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

_____
Clerk

s0621